1  GABRIEL G. GREGG (SBN: 187333)
2  gabriel.gregg@rimonlaw.com
   RIMON P.C.
3  800 Oak Grove Ave., Suite 250
4  Menlo Park, CA 94025
   Telephone: (650) 461-4433
5  Facsimile: (650) 461-4433

6  OMERO BANUELOS (SBN: 228267)
7  omero.banuelos@rimonlaw.com
   RIMON P.C.
8  2029 Century Park East, Suite 400N
9  Los Angeles, CA  90067
   Telephone/Facsimile: (213) 457-7171
10
11 Attorneys for Plaintiff SUNEVA MEDICAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNEVA MEDICAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALMA LASERS, INC. a Delaware Corporation,<br><br>Defendant. | Case No.: 19-cv-01493-SVW-AS<br><br>**STIPULATION OF DISMISSAL OF ACTION [FRCP 41(A)]**<br><br>Honorable Stephen V. Wilson |

-1-
**STIPULATION OF DISMISSAL OF ACTION [FRCP 41(A)]**

Plaintiff Suneva Medical, Inc. and Defendant Alma Lasers, Inc., which represent all of the parties to the above-entitled action, hereby stipulate that this action be dismissed with prejudice, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: August 5, 2019   /s/ Gabriel G. Gregg
Gabriel G. Gregg
Omero Banuelos
RIMON PC
Attorneys for Plaintiff SUNEVA MEDICAL, INC.

DATED: August 5, 2019   /s/ Matthew T. Furton
Matthew T. Furton
Daniel A. Solitro
Nasar M. Khan
LOCKE LORD LLP
Attorneys for Defendant ALMA LASERS, INC.

# ATTESTATION

I, Gabriel G. Gregg, am the ECF user whose identification and password are being used to file the Stipulation of Dismissal of Action [FRCP 41(a)].  I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:  /s/ Gabriel G. Gregg
      Gabriel G. Gregg

**STIPULATION OF DISMISSAL OF ACTION [FRCP 41(A)]**